## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> STERLING BANCORP, INC., *et al.* <br><br> Defendants. | Case 5:20-cv-10490-JEL-EAS <br><br> Hon. Judith E. Levy <br><br> Mag. Judge Elizabeth A. Stafford <br><br> <u>CLASS ACTION</u> |

## ORDER GRANTING
## <u>MOTION TO EXTEND DEADLINE TO SERVE SUMMONS</u>

Before the Court is Lead Plaintiff Oklahoma Police Pension and Retirement System's Motion to Extend Deadline to Serve Summons (the "Motion"). The Court finds that an extension in accordance with Federal Rule of Civil Procedure 4(m) is warranted.

Having considered Lead Plaintiff's Motion,

**IT IS HEREBY ORDERED** that Lead Plaintiff's Motion to Extend Deadline to Serve Summons is **GRANTED**.

The May 26, 2020 deadline to serve the existing summons in this case for Defendant Gary Judd is extended until June 25, 2020.

**IT IS SO ORDERED.**

May 26, 2020                    /s/ Hon. Judith E. Levy
                               HON. JUDITH E. LEVY
                               UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 26, 2020.

                               s/William Barkholz
                               WILLIAM BARKHOLZ
                               Case Manager

1