## INDEX OF EXHIBITS

Exhibit A:   Sterling Bancorp, Inc., Insider Trading Report for Michael Montemayor (Form 4) (Nov. 11, 2017) and Sterling Bancorp, Inc., Insider Trading Report for Michael Montemayor (Form 4) (Mar. 23, 2018)