## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

OKLAHOMA POLICE PENSION AND
RETIREMENT SYSTEM, Individually and
on Behalf of All Others Similarly Situated,

                  Plaintiff,

v.

STERLING BANCORP, INC., et al.,

                  Defendants.

Case No. 5:20-cv-10490-JEL-EAS

Hon. Judith E. Levy
CLASS ACTION

===============================================================

## INDEX OF EXHIBITS MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT SCOTT SELIGMAN'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

===============================================================

EXHIBIT 1-A        SEC Form 4 - K.I.S.S. Dynasty Trust No. 5

EXHIBIT 1-B        SEC Form 4 - K.I.S.S. Dynasty Trust No. 9

EXHIBIT 1-C        SEC Form 4 - Scott J. Seligman Revocable Living Trust

EXHIBIT 1-D        SEC Form 4 - Scott J. Seligman 1993 Long Term Irrevocable Dynasty Trust

ClarkHill\260866789.v1