# EXHIBIT 1-D

SEC Form 4

**FORM 4**

| | |
|---|---|
| | OMB APPROVAL |
| | OMB Number: 3235-0287 |
| | Estimated average burden hours per response: 0.5 |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Scott J. Seligman 1993 Long Term Irrevocable Dynasty Trust | Sterling Bancorp, Inc. [ SBT ] | Director X 10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 11/21/2017 | Officer (give title below) Other (specify below) |
| C/O STERLING BANCORP, INC. ONE TOWNE SQUARE, SUITE 1900 | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| SOUTHFIELD  MI  48076 | | Form filed by One Reporting Person |
| (City) (State) (Zip) | | X Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/21/2017 | | S | | 1,180,845 | D | $12 | 6,107,155 | D[(1)] | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| 1. Name and Address of Reporting Person* |
|---|
| Scott J. Seligman 1993 Long Term Irrevocable Dynasty Trust |
| (Last) (First) (Middle) |
| C/O STERLING BANCORP, INC. ONE TOWNE SQUARE, SUITE 1900 |
| (Street) |
| SOUTHFIELD  MI  48076 |
| (City) (State) (Zip) |

| 1. Name and Address of Reporting Person* |
|---|
| Rubenstein Erwin A. |
| (Last) (First) (Middle) |
| C/O STERLING BANCORP, INC. ONE TOWNE SQUARE, SUITE 1900 |
| (Street) |

| | | |
|---|---|---|
| SOUTHFIELD | MI | 48076 |
| (City) | (State) | (Zip) |

**Explanation of Responses:**

1. These shares are owned directly by the Scott J. Seligman 1993 Long Term Irrevocable Dynasty Trust and indirectly by Erwin A. Rubenstein as trustee of the trust.

| | | |
|---|---|---|
| | /s/ Jeffrey H. Kuras, by Power of Attorney for Erwin A. Rubenstein as Trustee of the Scott J. Seligman 1993 Long Term Irrevocable Dynasty Trust | 11/21/2017 |
| | /s/ Jeffrey H. Kuras, by Power of Attorney for Erwin A. Rubenstein | 11/21/2017 |
| | ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**