## **INDEX OF EXHIBITS**

**Ex. A:**       Excerpts from the Form 424B4 Prospectus, filed November 17, 2017
- Pgs. 2-4, 14-31, 84-87

**Ex. B:**       Excerpts from the 2017 Form 10-K, filed March 28, 2018
- Pgs. 2-4, 18-34

**Ex. C:**       Excerpts from the 2018 Form 10-K, filed March 18, 2019
- Pgs. 2-4, 19-36

**Ex. D:**       June 21, 2019 Form 8-K regarding the OCC Agreement

**Ex. E:**       Exhibit 10.1 from the August 9, 2019 Form 10-Q

**Ex. F:**       Excerpts from the November 8, 2019 Form 10-Q
- Pgs. 43-45

**Ex. G:**       December 9, 2019 Form 8-K

**Ex. H:**       March 6, 2020 Form 8-K

**Ex. I:**       Excerpts from the April 29, 2019 Earnings Call Transcript
- Pgs. 3-6

**Ex. J:**       Excerpts from the OCC Policies & Procedures Manual, PPM 5310-3, dated November 13, 2018
- Pgs. 1-4

**Ex. K:**       December 4, 2019 Form 4