# EXHIBIT F

10-Q 1 a19-17610_110q.htm 10-Q
Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2019**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from        to**

**Commission File Number 001-38290**

# Sterling Bancorp, Inc.
(Exact name of registrant as specified in its charter)

| **Michigan** | **38-3163775** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**One Towne Square, Suite 1900**
**Southfield, Michigan 48076**
**(248) 355-2400**
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

**Not Applicable**
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock, no par value per share | SBT | The NASDAQ Stock Market LLC (NASDAQ Capital Market) |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒  No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐          Accelerated filer ☒          Non-accelerated filer ☐          Smaller reporting company ☒
                                                                                                  Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐  No ☒

As of November 4, 2019, there were 50,203,081 shares of the Registrant's Common Stock outstanding.

Table of Contents

We manage our exposure to interest rates primarily by structuring our balance sheet in the ordinary course of business. We do not typically enter into derivative contracts for the purpose of managing interest rate risk, but we may do so in the future. Based upon the nature of our operations, we are not subject to foreign exchange or commodity price risk. We do not own any trading assets.

*Net Interest Income Simulation.* We use an interest rate risk simulation model to test the interest rate sensitivity of net interest income and the balance sheet. Instantaneous parallel rate shift scenarios are modeled and utilized to evaluate risk and establish exposure limits for acceptable changes in net interest income. These scenarios, known as rate shocks, simulate an instantaneous change in interest rates and use various assumptions, including, but not limited to, prepayments on loans and securities, deposit decay rates, pricing decisions on loans and deposits, and reinvestment and replacement of asset and liability cash flows.

The following table presents the estimated changes in net interest income of the Bank, calculated on a bank-only basis, which would result from changes in market interest rates over a twelve-month period beginning September 30, 2019 and December 31, 2018. The table below demonstrates that for the initial twelve-month period after an immediate and parallel rate shock, we are slightly liability sensitive in a rising interest rate environment and slightly asset sensitive in a falling rate environment.

| | At September 30, 2019 | | At December 31, 2018 | |
| | Estimated 12-Months Net Interest | | Estimated 12-Months Net Interest | |
| Change in Interest Rates (Basis Points) | Income | Change | Income | Change |
| | (Dollars in thousands) | | | |
| 400 | $ 107,063 | (13.0)% | $ 94,251 | (23.4)% |
| 300 | 111,881 | (9.1)% | 103,028 | (16.3)% |
| 200 | 115,946 | (5.8)% | 110,806 | (10.0)% |
| 100 | 119,448 | (2.9)% | 117,419 | (4.6)% |
| 0 | 123,076 | | 123,052 | |
| −100 | 121,038 | (1.7)% | 125,930 | 2.3% |

*Economic Value of Equity Simulation.* We also analyze our sensitivity to changes in interest rates through an economic value of equity ("EVE") model. EVE represents the present value of the expected cash flows from our assets less the present value of the expected cash flows arising from our liabilities adjusted for the value of off-balance sheet contracts. EVE attempts to quantify our economic value using a discounted cash flow methodology. We estimate what our EVE would be as of a specific date. We then calculate what EVE would be as of the same date throughout a series of interest rate scenarios representing immediate and permanent parallel shifts in the yield curve. We currently calculate EVE under the assumptions that interest rates increase 100, 200, 300 and 400 basis points from current market rates, and under the assumption that interest rates decrease 100 basis points from current market rates.

The following table presents, as of September 30, 2019 and December 31, 2018, the impacts of immediate and permanent parallel hypothetical changes in market interest rates on EVE of the Bank, calculated on a bank-only basis.

| | At September 30, 2019 | | At December 31, 2018 | |
| | Economic Value of | | Economic Value of | |
| Change in Interest Rates (Basis Points) | Equity | Change | Equity | Change |
| | (Dollars in thousands) | | | |
| 400 | $ 395,328 | (3.0)% | $ 419,344 | (10.7)% |
| 300 | 414,880 | 1.8% | 444,120 | (5.4)% |
| 200 | 422,681 | 3.7% | 455,502 | (3.0)% |
| 100 | 420,090 | 3.1% | 464,655 | (1.0)% |
| 0 | 407,631 | | 469,560 | |
| −100 | 350,458 | (14.0)% | 443,588 | (5.5)% |

Many assumptions are used to calculate the impact of interest rate fluctuations. Actual results may be significantly different than our projections due to several factors, including the timing and frequency of rate changes, market conditions and the shape of the yield curve. The computations of interest rate risk shown above do not include actions that our management may undertake to manage the risks in response to anticipated changes in interest rates, and actual results may also differ due to any actions taken in response to the changing rates.

43

Table of Contents

**ITEM 4. CONTROLS AND PROCEDURES**

*Disclosure Controls and Procedures*

The Company's management, including the Chief Executive Officer and Chief Financial Officer, conducted an evaluation of the effectiveness of the Company's disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended (the "Exchange Act")) as of September 30, 2019. The Company's disclosure controls and procedures are designed to ensure that information required to be disclosed by the Company in the reports that it files or submits under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms, and that such information is accumulated and communicated to the Company's management, including the Company's Chief Executive Officer and Chief Financial Officer, to allow timely decisions regarding required disclosure.  Based on this evaluation, the Company's Chief Executive Officer and Chief Financial Officer concluded that the Company's disclosure controls and procedures were effective as of September 30, 2019.

*Changes in Internal Control over Financial Reporting*

There were no changes in the Company's internal control over financial reporting (as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act) that occurred during the three months ended September 30, 2019 that have materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting.

**PART II — OTHER INFORMATION**

**ITEM 1. LEGAL PROCEEDINGS**

There are no material pending legal proceedings, including ordinary routine litigation incidental to the business, to which the Company or one of its subsidiaries is a party.

**ITEM 1A. RISK FACTORS**

There are no material changes from the risk factors as disclosed in the Company's Annual Report on Form 10-K for the year ended December 31, 2018, except the following risk factor that updates and supplements the risk factors in that report.

***Our results of operations are dependent on our top loan producers within our Advantage Loan program. The termination, departure or misconduct of such loan producers may materially and adversely affect our results of operations or our ability to continue our highly profitable Advantage Loan program.***

Our business and ability to generate loans depends on the efforts of our top loan producers, particularly within our Advantage Loan program, which constituted 79% of our residential loan portfolio as of September 30, 2019 and has historically generated larger margins than traditional conforming mortgage products. In November 2019, in connection with an internal compliance investigation, we terminated two loan producers within the Advantage Program. If we are unable to maintain the clients of these producers or replace their production through other loan officers, our results of operations would be materially and adversely affected. In addition, if these producers or other loan producers within our Advantage Loan program are found to have engaged in misconduct, we could face regulatory or other pressure to disband the Advantage Loan program, which would materially and adversely affect our profitability and margins.

**ITEM 2.  UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS**

The Registration Statement on Form S-1 (File No. 333-221016) for the initial public offering of our common stock was declared effective by the Securities and Exchange Commission on November 16, 2017. There has been no material change in the planned use of proceeds from our initial public offering as described in our final prospectus filed with the Securities and Exchange Commission on November 17, 2017 pursuant to Rule 424(b)(4).

***Stock Repurchase Program***

On December 24, 2018, the board of directors approved the repurchase of up to $50.0 million of the Company's outstanding shares of common stock. The stock repurchase program permits the Company to acquire shares of common stock from time to time in the open market or in privately negotiated transactions. The Company received regulatory approval of the stock repurchase program and publicly announced the program on January 28, 2019. The program does not have an expiration date. Under the stock repurchase program, the Company is not obligated to repurchase shares of its common stock, and there is no assurance that it will continue to do so. Any shares repurchased under this program will be canceled and returned to authorized but unissued status.

Table of Contents

The following table provides certain information with respect to our purchases of shares of the Company's common stock, as of the settlement date, during the three months ended September 30, 2019:

| Period | Total Number of Shares Purchased | | Average Price Paid per Share [1] | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Approximate Dollar Value of Shares that May Yet Be Purchased Under the Plans or Programs | |
|---|---|---|---|---|---|---|
| | | | | Issuer Purchases of Equity Securities | | |
| July 1 - 31, 2019 | 280,837 | $ | 10.02 | 280,837 | $ | 25,630,524 |
| August 1 - 31, 2019 | 115,396 | | 9.65 | 115,396 | | 24,516,668 |
| September 1 - 30, 2019 | 25,348 | | 9.47 | 25,348 | | 24,276,641 |
| Total | 421,581 | $ | 9.89 | 421,581 | | |

(1) Includes commissions and fees

45