# EXHIBIT I

# Sterling Bancorp, Inc.

# First Quarter 2019 Earnings Conference Call

# Monday, April 29, 2019, 5:00 PM Eastern

**CORPORATE PARTICIPANTS**

**Gary Judd** - *Chairman, Chief Executive Officer*

**Tom Lopp** - *President, Chief Operating Officer and Chief Financial Officer*

**Michael Montemayor** - *President of Retail and Commercial Banking, Chief Lending officer*

**Allyson Pooley** - *Financial Profiles*

healthy, which allows us to realize attractive premiums on the loans we sell.  The sales have also enabled us to keep our loan-to-deposit ratio relatively stable.

Finally, productivity remains very high as our efficiency ratio for the quarter was 38.5%.  Focused expense control and strong productivity are always a priority for us.  During the first quarter, we increased our presence in the Los Angeles market with an opening of a branch in Koreatown.

With respect to new branches, we continue to be very selective about pursuing the right locations and giving the timing any additional branch openings will be in the latter part of the year.  Additionally, we will continue to evaluate market conditions as the year progresses, which will also impact our de novo strategy.

Given the continued caution among our customers, we remain slightly more guarded for 2019.  However, we continue to believe our long term prospects remain favorable as we operate in four of the most attractive markets in the U.S.  We will continue to adapt to market changes and make the necessary investments to grow our business profitably.  We continue to expand our presence in our markets, adding client-facing professionals, including commercial loan officers.  Accordingly, we continue to believe these efforts will generate growth in both loans and deposits in the high single to low double-digits for the year.

Let me now turn the call over to Tom to provide additional details on our financial performance for the first quarter.  Tom?

**Tom Lopp**
Thank you, Gary.  I'll start with the income statement.  For the first quarter, total revenue, net of interest expense, was $34.1 million, a 7% decrease from the fourth quarter, which was primarily driven by a $2.1 million decrease in gain on sales revenue as we sold fewer loans than in the fourth quarter.

Net interest income was down slightly from the fourth quarter at $30.3 million, due to a 4 basis point decrease in net interest margin and a $6 million decline in average earning assets.  As expected, our net interest margin was down slightly from the fourth quarter to 3.86%.  While our deposit costs were higher in the quarter, we were able to offset much of the pressure on our margin with the increase in our average loan yields.  Loan yields improved again in the first quarter, but at a slower pace given the current rate environment.

Our average yield increased by 2 basis points to 5.67%, driven by approximately $180 million of mainly LIBOR-based mortgage loans that re-priced at an average of 175 basis points higher and approximately $233 million of our prime-based loans also benefiting from the late December increase in the prime rate.  Additionally, we had one loan that went non-performing mid-quarter, which combined with lower prepayment penalties in the quarter had a negative impact on the yield by about 3 basis points.

Our average reset for our entire loan portfolio remains at approximately 24 months, which continues to provide us with positive exposure to last year's interest rate increases.  As of March 31, we have approximately $1.1 billion of LIBOR-based loans that will re-price over the next two years.

As Gary mentioned, LIBOR has declined by approximately 29 basis points since the beginning of the year and the interest rate outlook for the remainder of the year is flat to potentially down.

Therefore, while we will continue to benefit from loans that will reset in subsequent quarters, we won't see as much of a positive impact as we have in previous quarters.

We expect that prior to payoffs, approximately $175 million of LIBOR-based loans will re-price in the second quarter of 2019 at a weighted average rate that is approximately 130 basis points higher.  The increase we saw in our average loan yields was more than offset by a 13 basis point increase in our average cost of interest-bearing liabilities.

As Gary mentioned, we have experienced some customers shifting funds into CDs out of our lower yielding deposit products in order to lock-in higher rates.  In addition, the higher level of deposit cost is partially being driven by the strategy we implemented in 2018 to issue a higher proportion of 24- and 30-month CDs to extend our deposit maturities, which is an initiative that we have significantly scaled back.

Our total non-interest income was $3.8 million for the quarter, down from $6 million for the fourth quarter due to the decrease in the gain on sale of loans, which we anticipated due to a large amount sold in the fourth quarter.

The amount of loans that we sell in any given quarter will vary depending on a number of factors, including loan production and balance sheet and liquidity management strategies. While, we are still seeing healthy demand in the secondary market, we expect gain on sale revenue will be somewhat similar to down slightly in the second quarter of 2019.

Our non-interest expense for the first quarter totaled $13.1 million, a decrease from $13.7 million for the prior quarter.  The decline was primarily due to salary expense, occupancy and equipment costs and other expenses, including travel and loan origination expenses.

The lower salary expense was due to normal seasonal patterns between quarters as year-end service awards are recorded in the fourth quarter.  Additionally, our occupancy costs were higher in the fourth quarter due to one-time expenses associated with our new branch leases, which did not recur in the first quarter.

We expect operating expenses to gradually increase going forward, as we start to see the full quarter effect of our recently opened branches and as we continue to hire talent to help us gather core deposits and grow lending.  But despite the increase in expenses, we expect to maintain our efficiency ratio within our targeted range of the mid to high-30s.

Moving to the balance sheet, total loans which include loans held for investment and held for sale, were $2.94 billion at the end of the first quarter, an increase of 1% from the previous quarter, driven by $26 million increase in total loans for investment.

As Gary mentioned, we expect that our loan growth for the full-year will be dependent upon the amount of loans that we sell as part of our balance sheet management strategy and our ability to grow our core deposits.

Turning to deposits, total deposits were $2.44 billion at March 31, down slightly from the end of the previous quarter.  This was mostly due to a $56 million decrease in non-maturity retail deposits, partially offset by $40 million increase in time deposits.  Our retail time deposits increased by $74 million and were partially offset by the runoff of our $34 million balance of brokered CDs.

Sterling Bancorp, Inc.
Monday, April 29, 2019, 5:00 PM Eastern

Moving to asset quality, non-performing assets totaled 44 basis points of total assets at the end of the quarter, up from 32 basis points at the end of the prior quarter.  The increase was primarily due to one construction and one residential loan, totaling $2.8 million that were moved to non-accrual status and a $1 million construction loan added to troubled debt restructurings.

The company believes that no impairment exists as there is more than sufficient collateral values supporting these loans.  We experienced minimal net charge-offs which were $138,000 for the first quarter and consisted of $176,000 in gross charge-offs on a legacy loan and $38,000 of recoveries.

We have an excellent credit history.  In fact, the last residential mortgage charge-off on a non-legacy loan we originated was in January of 2012, and the last commercial charge-off was in December of that year.

With virtually no historical loss rates, our allowances are based upon qualitative factors, which capture the economic and other risks inherent in our portfolio segments.  Our provision for loan losses for the quarter was negative $1 million, as we released previously recorded loan loss reserves.  As a result, our allowance per loan losses decreased 5 basis points to 70 basis points of total loans at March 31.

Finally, I would like to update you on our share repurchase program, which we initiated last quarter.  During the quarter, we repurchased approximately 1.2 million shares of common stock at an average price of $9.52 per share.  We have not purchased any additional shares since quarter end.  We will continue to opportunistically repurchase shares when we believe they are at a discount to fair value, demonstrating our commitment to enhancing shareholder value.

With that, we will open up the call for your questions.  Operator, we're ready for questions.

**QUESTION AND ANSWER**

**Operator**
We will now begin the question and answer session.  To ask a question, you may press "*" then "1" on your telephone keypad.  If you are using a speakerphone, please pickup your handset before pressing the keys.  If at any time your question has been addressed and you would like to withdraw your question, please press "*" then "2."  At this time, we will pause momentarily to assemble the roster.

And our first question today comes from Aaron Deer with Sandler O'Neill.  Please go ahead.

**Aaron Deer**
Hi.  Good afternoon, everybody.

**Gary Judd**
Good afternoon.

**Aaron Deer**
I'd like to start with respect to the origination outlook, you gave some guidance terms or expectations for loan and deposit growth on the balance sheet.  But in terms of your overall outlook, given the new branch locations that you've opened up or the hiring that you've been doing, just curious what your expectations are for total loan origination for this year?

**Michael Montemayor**
Aaron, this is Michael Montemayor.  Obviously, that's a moving target for us.  Our expectations are that they will continue.  We've seen nice increases in our pipelines, both on the residential and commercial.  We've been able to expand our commercial staff from 7 to 10 over the last quarter or two.  And so, we believe that as these people get settled in and we continue to add to our residential staff, we'll continue to see an uptick in our overall volumes.  Taking seasonality into account, clearly the first quarter was down, but probably more so than what we would have hoped for, but we're seeing a nice rebound in the second quarter.

**Aaron Deer**
Okay.  And then it sounds like you've dialed back your longer term CDs, which makes sense given the change in rate outlook, but I'm curious, with the CDs that you have been adding, what is the pricing on those, and how does that compare to the FHLB borrowings that run off in the quarter?

**Tom Lopp**
Yes, that's a good question, Aaron.  Since we changed the rates on that long-term CD initiative, the average rate on our CDs that we've initiated since then is 2.48%, which is lower than the overnight FHLB, which is roughly in the 2.80% range.  Sometimes we can do a little bit better when we take two-week advances, that type of thing.  But these CDs at these lower rates are lower cost than the overnight advance.

**Aaron Deer**
Okay.  And then I'm a little surprised by the commentary regarding share repurchases, I would have thought that at the current stock price that that might still seem to be an attractive use to some of your excess capital.  But it sounds like you're probably going to dial that back some at this point, am I reading that correctly?

**Tom Lopp**
No, not actually.  Aaron, basically we got out with the blackout period, so we've been out during that period.  But as we said earlier, with where our share price is at, we're still in the market or we will be in the market, yes.

**Aaron Deer**
I misunderstood it.  And then are you going to put a 10b5-1 plan in place or what are your thoughts there?

**Michael Montemayor**
Talking about it.

**Tom Lopp**
Yes, we talk about it from time to time, but not at this point.  We've not decided to do that at this point.

**Aaron Deer**
Okay.  Very good.  I'll step back.  Thank you for taking my questions.

**Michael Montemayor**
Thanks, Aaron.