# EXHIBIT K

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| K.I.S.S. Dynasty Trust No. 9 | Sterling Bancorp, Inc. [ SBT ] | Director  X  10% Owner |
| (Last)     (First)     (Middle) | 3. Date of Earliest Transaction (Month/Day/Year)  12/04/2019 | Officer (give title below)   Other (specify below) |
| C/O STERLING BANCORP, INC. | | |
| ONE TOWNE SQUARE, SUITE 1900 | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| SOUTHFIELD   MI       48076 | | Form filed by One Reporting Person |
| (City)     (State)     (Zip) | | X  Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/04/2019 | | S[(1)] | | 400,000 | D | $9.48[(1)] | 12,107,732 | D[(2)] | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| 1. Name and Address of Reporting Person[*] |
|---|
| K.I.S.S. Dynasty Trust No. 9 |
| (Last)     (First)     (Middle) |
| C/O STERLING BANCORP, INC. |
| ONE TOWNE SQUARE, SUITE 1900 |
| (Street) |
| SOUTHFIELD     MI       48076 |
| (City)     (State)     (Zip) |

| 1. Name and Address of Reporting Person[*] |
|---|
| Rubenstein Erwin A. |
| (Last)     (First)     (Middle) |
| C/O STERLING BANCORP, INC. |
| ONE TOWNE SQUARE, SUITE 1900 |
| (Street) |
| SOUTHFIELD     MI       48076 |
| (City)     (State)     (Zip) |

**Explanation of Responses:**

1. The reporting person contributed the shares of common stock to an exchange fund in exchange for shares of the exchange fund. The common stock was valued at $9.48 per share for the purpose of determining the number of shares of the exchange fund issuable to the reporting person.

2. These shares are owned directly by the K.I.S.S. Dynasty Trust No. 9 and indirectly by Erwin A. Rubenstein as trustee of the trust.

/s/ Jeffrey H. Kuras, by Power     12/06/2019
of Attorney for Erwin A.

Rubenstein as Trustee of the
K.I.S.S. Dynasty Trust No. 9

/s/ Jeffrey H. Kuras, by Power
of Attorney for Erwin A.                12/06/2019
Rubenstein, Individually

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**