## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STERLING BANCORP, INC., et al.,<br><br>Defendants. | Case 5:20-cv-10490-JEL-EAS<br><br>Hon. Judith E. Levy<br>CLASS ACTION |

## INDEX OF EXHIBITS TO DEFENDANT THOMAS LOPP'S MOTION TO DISMISS AMENDED COMPLAINT

| Exhibit | Description |
|---|---|
| 1 | SEC Form 3 for Thomas W. Lopp Jr. dated 11/16/17 |
| 2 | SEC Form 4 for Thomas W. Lopp Jr. dated 11/21/17 |
| 3 | SEC Form 4 for Thomas W. Lopp Jr. dated 3/23/18 |
| 4 | SEC Form 4 for Thomas W. Lopp Jr. dated 3/25/19 |
| 5 | SEC Form 4 for Thomas W. Lopp Jr. dated 3/4/20 |