<u>**Exhibit 1**</u>

**SEC Form 3 for Thomas W. Lopp Jr. dated 11/16/17**

SEC Form 3

**FORM 3**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0104 |
| Estimated average burden hours per response: | 0.5 |

**INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* <br><br> Lopp Thomas W. Jr. <br><br> (Last) (First) (Middle) <br><br> C/O STERLING BANCORP, INC. <br> ONE TOWNE SQUARE, SUITE 1900 <br><br> (Street) <br> SOUTHFIELD MI 48076 <br><br> (City) (State) (Zip) | 2. Date of Event Requiring Statement (Month/Day/Year) <br> 11/16/2017 | 3. Issuer Name **and** Ticker or Trading Symbol <br> Sterling Bancorp, Inc. [ SBT ] |
|---|---|---|

| | 4. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> _ Director    _ 10% Owner <br> X Officer (give title below)    _ Other (specify below) <br><br> President, CFO, COO | 5. If Amendment, Date of Original Filed (Month/Day/Year) <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> _ Form filed by More than One Reporting Person |
|---|---|---|

**Table I - Non-Derivative Securities Beneficially Owned**

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|

**Table II - Derivative Securities Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |

**Explanation of Responses:**

**Remarks:**

Exhibit 24, Power of Attorney, is attached.

**No securities are beneficially owned.**

Jeffrey H. Kuras, by Power of Attorney      11/16/2017

** Signature of Reporting Person      Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 5 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**