UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STERLING BANCORP, INC.; GARY JUDD; THOMAS LOPP; MICHAEL MONTEMAYOR; BARRY ALLEN; JON FOX; SETH MELTZER; SANDRA SELIGMAN; PETER SINATRA; BENJAMIN WINEMAN; LYLE WOLBERG; PIPER SANDLER COMPANIES AND AMERICAN CAPITAL PARTNERS, LLC,<br><br>Defendants. | No. 20-CV-10490-JEL-EAS<br><br>Hon. Judith E. Levy |

**INDEX OF EXHIBITS TO DEFENDANT GARY JUDD'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

| Exhibit | Description |
|---|---|
| 1 | SEC Form 10-K for Sterling Bancorp, Inc. dated March 18, 2019 |
| 2 | SEC Form 3 for Gary Judd dated November 16, 2017 |
| 3 | SEC Form 4 for Gary Judd dated November 21, 2017 |
| 4 | SEC Form 4 for Gary Judd dated December 17, 2018 |