# EXHIBIT 2

SEC Form 3

| FORM 3 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549<br><br>INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES | OMB APPROVAL |
|---|---|---|

<table>
<tr><td colspan="3" align="center">OMB APPROVAL</td></tr>
<tr><td>OMB Number:</td><td colspan="2">3235-0104</td></tr>
<tr><td>Estimated average burden</td><td></td><td></td></tr>
<tr><td>hours per response:</td><td colspan="2">0.5</td></tr>
</table>

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* <br> **JUDD GARY S** | 2. Date of Event Requiring Statement (Month/Day/Year) <br> 11/16/2017 | 3. Issuer Name **and** Ticker or Trading Symbol <br> Sterling Bancorp, Inc.  [ SBT ] | |
|---|---|---|---|
| (Last)      (First)      (Middle) <br> C/O STERLING BANCORP, INC. <br> ONE TOWNE SQUARE, SUITE 1900 <br> (Street) | | 4. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X   Director          10% Owner <br> X   Officer (give title below)   Other (specify below) <br> Chairman and CEO | 5. If Amendment, Date of Original Filed (Month/Day/Year) <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X   Form filed by One Reporting Person <br>      Form filed by More than One Reporting Person |
| SOUTHFIELD    MI    48076 <br> (City)      (State)      (Zip) | | | |

## Table I - Non-Derivative Securities Beneficially Owned

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|
| Common Stock | 169,000 | D | |

## Table II - Derivative Securities Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |

**Explanation of Responses:**

**Remarks:**

Exhibit 24, Power of Attorney, is attached.

Jeffrey H. Kuras, by Power of Attorney                    11/16/2017

** Signature of Reporting Person                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 5 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**