# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STERLING BANCORP, INC.; GARY JUDD; THOMAS LOPP; MICHAEL MONTEMAYOR; SCOTT SELIGMAN; BARRY ALLEN; JON FOX; SETH MELTZER; SANDRA SELIGMAN; PETER SINATRA; BENJAMIN WINEMAN; LYLE WOLBERG; PIPER SANDLER COMPANIES; AND AMERICAN CAPITAL PARTNERS, LLC, <br><br> Defendants. | Case 5:20-cv-10490-JEL-EAS <br><br> Hon. Judith E. Levy <br> Hon. Mag. Judge Elizabeth A. Stafford <br><br> **CLASS ACTION** |

## DECLARATION OF KRISTIN J. MOODY IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO TAKE JUDICIAL NOTICE

I, Kristin J. Moody, declare and state as follows:

1.      I am an attorney licensed to practice law in the State of California and am a partner in the San Francisco office of Berman Tabacco, Lead Counsel for Lead Plaintiff Oklahoma Police Pension and Retirement System ("Plaintiff") in the above-captioned action.  I respectfully submit this declaration in support of Lead Plaintiff's Motion to Take Judicial Notice in support of its Opposition To Defendants' Motions to Dismiss.  I make this declaration based on my personal knowledge, except where stated on information and belief, and could competently testify to these matters if called upon to do so.

2.      Attached hereto as Exhibit A is a true and correct copy of an excerpt of selected pages from Sterling Bancorp, Inc.'s Prospectus on Form 424b4, filed with the U.S. Securities and Exchange Commission ("SEC") on November 17, 2017.

3.      Attached hereto as Exhibit B are true and correct copies of K.I.S.S. Dynasty Trust No. 9's: (i) Initial Statement of Beneficial Ownership of Securities on Form 3, filed with the SEC on November 21, 2017; and (ii) Statement of Changes in Beneficial Ownership, Form 4, filed with the U.S. Securities and Exchange Commission on December 5, 2017.

4.      Attached hereto as Exhibit C is a true and correct copy of an excerpt of selected pages from Sterling Bancorp, Inc.'s Annual Report on Form 10-K for the full year ending December 31, 2019, filed with the SEC on October 6, 2020.

1

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 4th day of December, 2020, in San Francisco, California.

_/s/ Kristin J. Moody_
Kristin J. Moody