# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>STERLING BANCORP, INC.; GARY JUDD; THOMAS LOPP; MICHAEL MONTEMAYOR; SCOTT SELIGMAN; BARRY ALLEN; JON FOX; SETH MELTZER; SANDRA SELIGMAN; PETER SINATRA; BENJAMIN WINEMAN; LYLE WOLBERG; PIPER SANDLER COMPANIES; AND AMERICAN CAPITAL PARTNERS, LLC,<br><br>          Defendants. | Case 5:20-cv-10490-JEL-EAS<br><br>Hon. Judith E. Levy<br>Hon. Mag. Judge Elizabeth A. Stafford<br><br>**CLASS ACTION** |

# INDEX OF EXHIBITS

| **Exhibit** | **Description** |
| --- | --- |
| Exhibit A | Excerpts of Sterling Bancorp, Inc.'s Prospectus on Form 424b4 filed with the U.S. Securities and Exchange Commission ("SEC") on November 17, 2017 |
| Exhibit B | K.I.S.S. Dynasty Trust No. 9's: (i) Initial Statement of Beneficial Ownership of Securities on Form 3, filed with the SEC on November 21, 2017; and (ii) Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on December 5, 2017 |
| Exhibit C | Excerpts of Sterling Bancorp, Inc.'s Annual Report on Form 10-K for the full year ending December 31, 2019, filed with the SEC on October 6, 2020 |