# EXHIBIT A

424B4 1 a2233883z424b4.htm 424B4

Use these links to rapidly review the document
TABLE OF CONTENTS
INDEX TO CONSOLIDATED FINANCIAL STATEMENTS

Table of Contents

**Filed pursuant to Rule 424(b)(4)**
**Registration No. 333-221016**

## 15,000,000 Shares



## COMMON STOCK

This is the initial public offering of Sterling Bancorp, Inc., the holding company for Sterling Bank & Trust, F.S.B., a federal savings bank.

We are offering 7,692,308 shares of common stock and the selling shareholders are offering 7,307,692 shares of our common stock. We will not receive any proceeds from the sales of shares by the selling shareholders.

Prior to this offering, there has been no established public market for our common stock. The initial offering price of the common stock is $12.00. Our common stock has been approved for listing on the NASDAQ Capital Market under the symbol "SBT."

We are an "emerging growth company" as defined in the Jumpstart Our Business Startups Act of 2012 and, as such, have elected to comply with certain reduced public company disclosure standards.

We are a "controlled company" under the corporate governance rules for Nasdaq-listed companies, and as such, our board of directors could determine not to have a majority of independent directors, a nominating committee or a compensation committee comprised solely of independent directors.

**Investing in our common stock involves risk. See "Risk Factors" beginning on page 15 of this prospectus to read about factors you should consider before investing in our common stock.**

|  | Per Share | | Total |
|---|---|---|---|
| Public offering price | $ 12.00 | $ | 180,000,000 |
| Underwriting discounts[1] | $ 0.72 | $ | 10,800,000 |
| Proceeds to us, before expenses | $ 11.28 | $ | 86,769,234 |
| Proceeds to the selling shareholders, before expenses | $ 11.28 | $ | 82,430,766 |

(1) The offering of our common stock will be conducted on a firm commitment basis. See "Underwriting" for a description of all underwriting compensation payable and expense reimbursement in connection with this offering.

The underwriters have an option to purchase up to an additional 2,250,000 shares from the selling shareholders at the public offering price, less the underwriting discount, within 30 days from the date of this prospectus.

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or passed upon the adequacy or accuracy of this prospectus. Any representation to the contrary is a criminal offense.**

**The shares of our common stock in this offering are not savings accounts, deposits or other obligations of any bank and are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other governmental agency.**

The underwriters expect to deliver the shares of our common stock against payment on or about November 21, 2017.

Table of Contents

we maintain access to key information that enhances our ability to manage the entire customer relationship. We believe that our continuity and consistency in underwriting is reflected by our 0.06% rate of delinquency as of September 30, 2017.

*Leveraged Back Office Operations.*   We believe our strong profitability, net interest margins and efficiency metrics have been bolstered by our lower-cost back office operations in the Midwest, relative to the expenses incurred by our competitors who perform these functions in the more dynamic labor and real estate markets in which we operate. The majority of our leadership team and back office operations (currently consisting of 92 full-time employees) remain in the lower-cost Detroit area, while 96% of our revenue is derived from our branches and loan production offices in the higher-cost areas of California, Seattle and New York. The significantly lower operating expenses where we are headquartered have contributed to our competitively low efficiency ratio of 34% and 36% in the periods ended September 30, 2017 and December 31, 2016, respectively, and have been a key driver of our consistent profitability since shifting our growth strategy to San Francisco, Los Angeles, and now other metropolitan areas. In addition, we have been able to maintain continuity of executive management and talent retention at a rate we believe to be higher than many of our peers. This low rate of turnover and high retention rate of management has contributed to our low efficiency ratio. We also believe that conducting certain back room functions, such as responding to regulatory exams and audits, through our back office operations and separating such functions from the business production at our branches, lessens distractions to our production teams.

*Experienced Management Team.*   We believe that we are well positioned to quickly and efficiently deploy new capital to continue our outstanding growth metrics. The management team that successfully led us through the crisis is driving the Company's performance today and continues to apply the lessons learned over their lengthy community banking careers. Our leadership team consists of senior managers who, on average, have been immersed in our cost-conscious culture for at least 16 years. We believe this continuity and institutional knowledge has significantly contributed to our growth and strong asset quality. Our key leadership team includes:

- Gary Judd, our Chairman of the Board and Chief Executive Officer, who has over 40 years of experience in the banking industry and has led our Company since August 2008. His prior experience includes service as a Director, President and Chief Executive Officer for WestStar Bank and its parent company, Vail Banks, Inc. as well as Vectra Bank and its parent company Vectra Banking Corporation. Prior to those positions, he served in numerous positions with Citibank. We believe Mr. Judd's extensive expertise over many credit cycles has provided an experienced hand at the top throughout his tenure with the Company.

- Thomas Lopp, our President, Chief Operating Officer and Chief Financial Officer, who has been with us for 20 years, first joined our Company as a Divisional Controller in 1997. Mr. Lopp was appointed President in December 2016, has served as our Chief Operating Officer since September 2009, as our Chief Financial Officer since 2002, and led our expansion into Southern California in 2015. We believe Mr. Lopp's deep understanding of the Company, his long experience with our financial reporting responsibilities and the risks inherent in the banking business, has enhanced our credibility with regulators and helped us effectively manage the risks attendant to growth.

- Michael Montemayor, our President of Retail and Commercial Banking and Chief Lending Officer, who has been with us for 25 years, having first joined our Company as a Residential Lender in 1992. Mr. Montemayor worked his way through the Company as a Regional Branch Manager, Commercial Loan Officer, Construction Loan Officer, Construction Lending Manager and then Managing Director of Commercial Lending, followed by his appointment as Chief Lending Officer in 2006, and has led retail banking since 2013. We believe his broad experience in all aspects of our lending business and his long-term service as our Chief Lender has helped to provide continuity and consistency in our business model and lending practices.

4

Table of Contents

not provide our key loan products to any customer unless the applicable relationship manager has met them and documented the interaction. We also subject our portfolios to annual stress testing and ongoing monitoring. Because we service our portfolio and retain servicing rights on loans that we sell, we maintain access to key information that enhances our ability to manage the entire customer relationship. We believe that our continuity and consistency in underwriting is reflected by our 0.06% rate of delinquency as of September 30, 2017.

*Leveraged Back Office Operations.*   We believe our strong profitability, net interest margins and efficiency metrics have been bolstered by our lower-cost back office operations in the Midwest, relative to the expenses incurred by our competitors who perform these functions in the more dynamic labor and real estate markets in which we operate. The majority of our leadership team and back office operations (currently consisting of 92 full-time employees) remain in the lower-cost Detroit area, while 96% of our revenue is derived from our branches and loan production offices in the higher-cost areas of California, Seattle and New York. The significantly lower operating expenses where we are headquartered have contributed to our competitively low efficiency ratio of 34% and 36% in the periods ended September 30, 2017 and December 31, 2016, respectively, and have been a key driver of our consistent profitability since shifting our growth strategy to San Francisco, Los Angeles, and now other metropolitan areas. In addition, we have been able to maintain continuity of executive management and talent retention at a rate we believe to be higher than many of our peers. This low rate of turnover and high retention rate of management has contributed to our low efficiency ratio. We also believe that conducting certain back room functions, such as responding to regulatory exams and audits, through our back office operations and separating such functions from the business production at our branches, lessens distractions to our production teams.

*Experienced Management Team.*   We believe that we are well positioned to quickly and efficiently deploy new capital to continue our outstanding growth metrics. The management team that successfully led us through the crisis is driving the Company's performance today and continues to apply the lessons learned over their lengthy community banking careers. Our leadership team consists of senior managers who, on average, have been immersed in our cost-conscious culture for at least 16 years. We believe this continuity and institutional knowledge has significantly contributed to our growth and strong asset quality. Our key leadership team includes:

- Gary Judd, our Chairman of the Board and Chief Executive Officer, who has over 40 years of experience in the banking industry and has led our Company since August 2008. His prior experience includes service as a Director, President and Chief Executive Officer for WestStar Bank and its parent company, Vail Banks, Inc. as well as Vectra Bank and its parent company Vectra Banking Corporation. Prior to those positions, he served in numerous positions with Citibank. We believe Mr. Judd's extensive expertise over many credit cycles has provided an experienced hand at the top throughout his tenure with the Company.

- Thomas Lopp, our President, Chief Operating Officer and Chief Financial Officer, who has been with us for 20 years first joined our Company as a Divisional Controller in 1997. Mr. Lopp was appointed President in December 2016, has served as our Chief Operating Officer since September 2009, as our Chief Financial Officer since 2002, and led our expansion into Southern California in 2015. We believe Mr. Lopp's deep understanding of the Company, his long experience with our financial reporting responsibilities and the risks inherent in the banking business, has enhanced our credibility with regulators and helped us effectively manage the risks attendant to growth.

- Michael Montemayor, our President of Retail and Commercial Banking and Chief Lending Officer, has been with us for 25 years, having first joined our Company as a Residential Lender in 1992. Mr. Montemayor worked his way through the Company as a Regional Branch Manager, Commercial Loan Officer, Construction Loan Officer, Construction Lending Manager and then

81

Table of Contents

**MANAGEMENT**

**Our Directors and Executive Officers**

The following table states our directors' names, their ages as of September 30, 2017, the years that they began serving as directors and when their current term as directors of Sterling Bancorp, Inc. expires.

| Name | Position(s) With the Company | Age at September 30, 2017 | Director Since | Expiration of Term |
|------|------------------------------|---------------------------|----------------|--------------------|
| Gary Judd | Chairman, Chief Executive Officer | 76 | 2008 | 2019 |
| Barry Allen | Director | 72 | 1998 | 2018 |
| Jon Fox | Director | 74 | 1997 | 2018 |
| Seth Meltzer | Director | 41 | 2000 | 2019 |
| Sandra Seligman | Director | 70 | 1984 | 2020 |
| Peter Sinatra | Director | 49 | 2008 | 2020 |
| Benjamin Wineman | Director | 41 | 2013 | 2019 |
| Lyle Wolberg | Director | 47 | 2017 | 2018 |

The following table sets forth information regarding our executive officers (other than Mr. Judd for whom information is provided above) and their ages as of the date of this prospectus. The executive officers of Sterling Bancorp, Inc. are appointed annually.

| Name | Position(s) With the Company | Age at September 30, 2017 |
|------|------------------------------|---------------------------|
| Thomas Lopp | President, Chief Financial Officer, Chief Operating Officer | 53 |
| Michael Montemayor | President Commercial and Retail Banking, Chief Lending Officer | 48 |

**The Business Background of Our Directors and Executive Officers**

The following is a brief discussion of the business and banking background and experience of our directors and executive officers for at least the past five years. With respect to directors, the biographies also contain information regarding the person's experience, qualifications, attributes or skills that led to the conclusion that the person should serve as a director. Unless otherwise indicated, directors and senior officers have held their positions for the past five years. Other than Seth Meltzer, who is the son of Sandra Seligman, the sister of the Bank's founder and the Company's Vice President, Scott Seligman, no director has any family relationship, as defined in Item 401 of Regulation S-K, with any other director and none have any family relationship with any of our executive officers.

***Barry Allen, Director.*** Mr. Allen, CPA has served as a member of our Board since 1998. He has been a member of the board of directors, chairman of the audit committee, member of the loan committee, and member of the asset and liability committee of Sterling Bank and Trust, F.S.B. since 1998. Mr. Allen was the Regional Managing Partner, Owner, Member of the Management Committee, and Director of Baker Tilly Virchow Krause, LLP positions. Mr. Allen began his career at PriceWaterhouseCoopers, LLP as a junior accountant in 1969. He resigned in 1972 to found Barry Allen & Associates, P.C. and developed it into a prestigious boutique CPA and Tax Firm, providing services to small and medium sized companies. In 1982, he partnered with another firm and formed Nemes Allen & Company, PLLC, where he was Managing Partner until 2003. Mr. Allen served middle market companies and high net worth individuals. Mr. Allen has previously served on the Board of Directors and acted as Treasurer of Forgotten Harvest, a food rescue organization. Additionally, he served on the Board of Directors of Pathway Family Centers, an adolescent addiction and recovery center. He has a BBA from the University of Detroit, and is a certified public accountant. He also was

101

Table of Contents

assignments over eight years in international banking based in New York, the Middle East, and India. Mr. Judd held positions in commercial lending, operations, treasury/foreign exchange, and country management. He held domestic positions in the Operating Group in New York, Citicorp, working on acquisitions in California, and ending as Citibank's Consumer Group's senior executive for Manhattan south of Forty Second Street. Mr. Judd was also responsible as a business manager for a large-scale consumer banking system development project. He then served as a general partner of Campbell Oil, Ltd., a private oil and gas exploration and production company in Denver, Colorado.

Mr. Judd was co-founder, president, chief executive officer, and director of Vectra Bank. After its sale to Zions Bancorporation, he served as president, chief executive officer, and chairman of Vectra Bank Colorado and as a vice president of Zions Bancorporation, serving on its Executive Committee. Mr. Judd then served as president and director of Metyor, Inc., a technology start-up company based in Sydney, Australia, before returning to banking as a senior executive and director with WestStar Bank/Vail Banks, becoming president and chief executive officer in 2004. Following the sale of Vail Banks to U.S. Bank, he served as chairman of U.S. Bank's Denver, Colorado Board. He holds a M.A. from Johns Hopkins University School of Advanced International Studies.

Our Board believes that Mr. Judd should serve as a director because he has broad banking and executive management experience spanning fifty years.

***Thomas Lopp, President, Chief Financial Officer and Chief Operations Officer.***   Mr. Lopp was elected President in December 2016, and has served as Chief Operating Officer since September 2009, and as Chief Financial Officer and Treasurer since 2002. He has been a member of the Company since 1997. In 2015, he obtained additional responsibility as the executive in charge of the Southern California expansion. Prior to serving as our Chief Financial Officer and Treasurer, he served as the Director of the Consumer Loan Division from 2000 to 2002 and the Divisional Controller from 1997 to 2000. Prior to joining the Company in 1997, he served as a senior financial analyst at First of America Bank Corporation, credit card product manager at NBD Bank, N.A., and credit card portfolio analyst for Security Bancorp, Inc., later acquired by First of America Bank Corporation.

***Michael Montemayor, President Commercial and Retail Banking, Chief Lending Officer.***   Mr. Montemayor has served as our Chief Lending Officer since 2006 and has been with the Company since 1992. He has also served as Executive Vice President from 2006 to 2016 and President of Commercial and Retail Banking from December 2016 to present and has also served as the Retail Branch Executive from 2013 to present. Prior to serving as our Chief Lending Officer he worked as Director of Commercial Lending from 2003 to his appointment as Chief Lending Officer in 2006, Commercial Loan Officer from 1995 to 1997, Construction Lending Manager from 1997 to 2003 and Branch Manager/Regional Branch Manager and Residential Lending Supervisor from 1993 to 1995.

**Board Independence**

Following the completion of this offering, we expect to be a "controlled company" under the rules of Nasdaq because more than 50% of our outstanding voting power will be held by the Seligman family trustee. See "Principal and Selling Shareholders." We do not intend to rely upon the "controlled company" exception relating to the board of directors and committee independence requirements under the rules of Nasdaq. The "controlled company" exception does not modify the independence requirements for the audit committee, and we intend to comply with the audit committee requirements of the Exchange Act and the rules of Nasdaq. Absent the use of the "controlled company" exception, the rules of the NASDAQ Capital Market, independent directors must comprise a majority of our board of directors within a specified period of time of this offering. The rules of the NASDAQ Capital Market, as well as those of the SEC, also impose several other requirements with respect to the independence of our directors. Our board of directors has evaluated the independence of its members based upon the rules of the NASDAQ Capital Market and the SEC. Applying these standards, our

104

## EXECUTIVE COMPENSATION

As an emerging growth company under the JOBS Act, we have opted to comply with the executive compensation disclosure rules applicable to "smaller reporting companies" as such term is defined in the rules promulgated under the Securities Act, which permit us to limit reporting of executive compensation to our principal executive officer and our two other most highly compensated executive officers, which are referred to as our "named executive officers."

The compensation reported in the Summary Compensation Table below is not necessarily indicative of how we will compensate our named executive officers in the future. We will continue to review, evaluate and modify our compensation framework to maintain a competitive total compensation package. As such, and as a result of our becoming a publicly traded company, the compensation program following this offering could vary from our historical practices.

Our named executive officers, which consist of our principal executive officer and the Company's two other most highly compensated executive officers, are:

- Gary Judd, Chief Executive Officer and Chairman of the Board

- Thomas Lopp, President, Chief Operating Officer and Chief Financial Officer

- Michael Montemayor, President Commercial and Retail Banking, Chief Lending Officer

**Summary Compensation Table**

The following table sets forth information regarding the compensation paid, awarded to, or earned for our fiscal year ended December 31, 2016 for each of our named executive officers.

| Name and Principal Position | Year | Salary ($) | Bonus ($) | Change in Pension Value and Nonqualified Deferred Compensation Earnings ($) | Total ($)[1] |
|---|---|---|---|---|---|
| Gary Judd, Chief Executive Officer | 2016 | $ 250,000 | $ 350,000 | $ 0 | $ 600,000 |
| Thomas Lopp, President, COO and CFO | 2016 | $ 168,701 | $ 72,500 | $ 28,159 | $ 269,360 |
| Michael Montemayor, Chief Lending Officer | 2016 | $ 166,586 | $ 75,000 | $ 38,296 | $ 279,882 |

[1]   Each named executive officer also received miscellaneous perquisites in amounts of less than $10,000 in 2016.

No equity awards were granted to our named executive officers in 2016 and there were no outstanding equity awards as of December 31, 2016.

The bonus amount set forth above with respect to Mr. Judd was determined pursuant to his employment agreement described below. With respect to Messrs. Lopp and Montemayor, bonuses are discussed by the Compensation Committee at the beginning of each fiscal year based on various performance metrics that are driven by the Company's annual strategic plan. Following determination of Company performance for the applicable year, Mr. Judd makes a recommendation to the Compensation Committee with respect to the appropriate bonus amounts for Messrs. Lopp and Montemayor in light of such results. The final bonus amount is then determined by the Compensation Committee. Following completion of its initial public offering, the Company anticipates that its Compensation Committee will review its compensation programs in light of customary public company practice, and its bonus criteria and determinations may materially differ in the near term.

**Employment Agreements**

The Company and the Bank jointly entered into an employment agreement with Gary Judd, our Chairman of the Board and Chief Executive Officer, in July 2008, as amended. Under the terms of the

Table of Contents

Unless otherwise indicated, the address for each listed shareholder is: c/o Sterling Bancorp, Inc., One Towne Square, Suite 1900, Southfield, Michigan 48076.

| Name and Address of Beneficial Owner | Shares Beneficially Owned as of September 30, 2017 | | Shares to be Sold in the Offering | Shares Beneficially Owned After the Offering | | | |
|---|---|---|---|---|---|---|---|
| | Number of Shares | Percent | | Number of Shares | Percent, assuming no exercise of underwriters' purchase option | Number of Shares, assuming full exercise of underwriters' purchase option | Percent, assuming full exercise of underwriters' purchase option |
| **Directors:** | | | | | | | |
| Barry Allen | — | — | — | — | — | — | — |
| Jon Fox | — | — | — | — | — | — | — |
| Seth Meltzer[1] | 1,882,000 | 4.2% | 304,933 | 1,577,067 | 3.0% | 1,483,180 | 2.8% |
| Sandra Seligman[2] | — | — | — | — | — | — | — |
| Peter Sinatra | — | — | — | — | — | — | — |
| Benjamin Wineman | — | — | — | — | — | — | — |
| Lyle Wolberg | — | — | — | — | — | — | — |
| **Named Executive Officers:** | | | | | | | |
| Gary Judd | 169,000 | — | — | 169,000 | — | 169,000 | — |
| Thomas Lopp | — | — | — | — | — | — | — |
| Michael Montemayor | — | — | — | — | — | — | — |
| **All directors and executive officers as a group (10 persons total)** | 2,051,000 | 4.5% | 304,933 | 1,746,067 | 3.3% | 1,652,180 | 3.1% |
| **5% Shareholders:** | | | | | | | |
| Scott J. Seligman 1993 Irrevocable Dynasty Trust[3] | 2,992,000 | 6.6% | 484,781 | 2,507,219 | 4.7% | 2,357,957 | 4.5% |
| Scott J. Seligman 1993 Long Term Irrevocable Dynasty Trust[4] | 7,288,000 | 16.1% | 1,180,845 | 6,107,555 | 11.5% | 5,743,579 | 10.8% |
| K.I.S.S. Dynasty Trust No. 9[5] | 15,871,000 | 35.1% | 2,571,513 | 13,299,487 | 25.1% | 12,507,732 | 23.6% |
| K.I.S.S. Dynasty Trust No. 5[6] | 9,526,000 | 21.0% | 1,543,459 | 7,982,541 | 15.1% | 7,507,318 | 14.2% |
| Erwin A. Rubenstein[7] | 37,547,000 | 82.9% | 6,083,586 | 31,463,414 | 59.4% | 29,590,309 | 55.9% |
| Scott J. Seligman Revocable Living Trust[8] | 4,684,000 | 10.3% | 758,929 | 3,925,071 | 7.4% | 3,691,401 | 7.0% |
| **Other Selling Shareholders:** | | | | | | | |
| Rachel S. Meltzer Revocable Living Trust | 989,000 | 2.2% | 160,244 | 828,756 | 1.6% | 779,418 | 1.5% |
| Sandra Seligman 1993 Long Term Irrevocable Trust[9] | 1,870,000 | 4.1% | 302,988 | 1,567,012 | 3.0% | 1,473,723 | 2.8% |

(1) Consists of 1,882,000 shares of common stock of the Company that are held by The Seth Seligman Meltzer Revocable Living Trust.

(2) Excludes 9,526,000 shares of common stock held by the K.I.S.S. Dynasty Trust No. 5 and 1,870,000 shares held by the Sandra Seligman 1993 Long Term Irrevocable Trust, for which in each case Ms. Seligman is the grantor, but has no voting or dispositive power over the shares held in such trust.

(3) Consists of 2,992,000 shares of common stock of the Company that are held by the trust, as to which Mr. Seligman disclaims beneficial ownership except to the extent of his pecuniary interest, if any, therein.

(4) Consists of 7,288,000 shares of common stock of the Company that are held by the trust, as to which Mr. Seligman disclaims beneficial ownership except to the extent of his pecuniary interest, if any, therein.

(5) Consists of 15,871,555 shares of common stock of the Company that are held by the trust, as to which Mr. Seligman disclaims beneficial ownership except to the extent of his pecuniary interest, if any, therein.

(6) Consists of 9,526,000 shares of common stock of the Company that are held by the trust, as to which Ms. Seligman disclaims beneficial ownership except to the extent of her pecuniary interest, if any, therein.

(7) Consists of shares owned by the Scott J. Seligman 1993 Irrevocable Dynasty Trust, Scott J. Seligman 1993 Long Term Irrevocable Dynasty Trust, K.I.S.S. Dynasty Trust No. 9, K.I.S.S. Dynasty Trust No. 5 and Sandra Seligman 1993 Long Term Irrevocable Trust holding an aggregate of 82.9% of the voting common stock in the Company. Mr. Rubenstein, trustee to the Seligman family, holds sole voting and dispositive power over shares held by such trusts.

(8) Mr. Scott J. Seligman, vice president of the Company and founder of the Bank, holds sole voting and dispositive power over shares held by this trust.

(9) Consists of 1,870,000 shares of common stock of the Company that are held in trust, as to which Ms. Seligman disclaims beneficial ownership except to the extent of her pecuniary interest, if any, therein.