# EXHIBIT B

SEC Form 3

**FORM 3**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0104 |
| Estimated average burden | |
| hours per response: | 0.5 |

## INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*]<br>K.I.S.S. Dynasty Trust No. 9 | 2. Date of Event Requiring Statement (Month/Day/Year)<br>11/16/2017 | 3. Issuer Name **and** Ticker or Trading Symbol<br>Sterling Bancorp, Inc. [ SBT ] | |
|---|---|---|---|
| (Last)        (First)        (Middle)<br>C/O STERLING BANCORP, INC.<br>ONE TOWNE SQUARE, SUITE 1900<br>(Street)<br>SOUTHFIELD MI        48076<br>(City)        (State)        (Zip) | | 4. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>Director  X   10% Owner<br>Officer (give title below)   Other (specify below) | 5. If Amendment, Date of Original Filed (Month/Day/Year)<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>Form filed by One Reporting Person<br>X  Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Beneficially Owned

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|
| Common Stock | 15,871,000 | D[(1)] | |

### Table II - Derivative Securities Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |

| 1. Name and Address of Reporting Person[*]<br>K.I.S.S. Dynasty Trust No. 9 |
|---|
| (Last)        (First)        (Middle)<br>C/O STERLING BANCORP, INC.<br>ONE TOWNE SQUARE, SUITE 1900<br>(Street)<br>SOUTHFIELD    MI        48076<br>(City)        (State)        (Zip) |
| 1. Name and Address of Reporting Person[*]<br>Rubenstein Erwin A. |
| (Last)        (First)        (Middle)<br>C/O STERLING BANCORP, INC.<br>ONE TOWNE SQUARE, SUITE 1900<br>(Street)<br>SOUTHFIELD    MI        48076 |

| (City) | (State) | (Zip) |

**Explanation of Responses:**

1. These shares are directly owned by the K.I.S.S. Dynasty Trust No. 9 and indirectly owned by Erwin A. Rubenstein as trustee of the trust.

## Remarks:

Exhibit 24, Power of Attorney, is attached.

| | |
|---|---|
| /s/ Jeffrey H. Kuras, by Power of Attorney for Erwin A. Rubenstein as Trustee of K.I.S.S. Dynasty Trust No. 9 | 11/21/2017 |
| /s/ Jeffrey H. Kuras, by Power of Attorney for Erwin A. Rubenstein | 11/21/2017 |

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 5 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**1. Name and Address of Reporting Person***
K.I.S.S. Dynasty Trust No. 9

(Last)        (First)        (Middle)
C/O STERLING BANCORP, INC.
ONE TOWNE SQUARE, SUITE 1900
(Street)
SOUTHFIELD   MI        48076
(City)       (State)      (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
Sterling Bancorp, Inc. [ SBT ]

**3. Date of Earliest Transaction (Month/Day/Year)**
12/04/2017

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer (Check all applicable)**

Director   X   10% Owner

Officer (give title below)      Other (specify below)

**6. Individual or Joint/Group Filing (Check Applicable Line)**

Form filed by One Reporting Person

X   Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/04/2017 | | S[1] | | 791,755 | D | $12 | 12,507,732 | D[2] | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**1. Name and Address of Reporting Person***
K.I.S.S. Dynasty Trust No. 9

(Last)        (First)        (Middle)
C/O STERLING BANCORP, INC.
ONE TOWNE SQUARE, SUITE 1900
(Street)
SOUTHFIELD       MI        48076
(City)       (State)      (Zip)

**1. Name and Address of Reporting Person***
Rubenstein Erwin A.

(Last)        (First)        (Middle)
C/O STERLING BANCORP, INC.
ONE TOWNE SQUARE, SUITE 1900
(Street)
SOUTHFIELD       MI        48076
(City)       (State)      (Zip)

**Explanation of Responses:**

1. The shares were sold pursuant to an exercise of the underwriters' overallotment option in connection with the Issuer's initial public offering.

2. These shares are owned directly by the K.I.S.S. Dynasty Trust No. 9 and indirectly by Erwin A. Rubenstein as trustee of the trust.

| | |
|---|---|
| /s/ Jeffrey H. Kuras, by Power of Attorney for Erwin A. Rubenstein as trustee of the K.I.S.S. Dynasty Trust No. 9 | 12/05/2017 |
| /s/ Jeffrey H. Kuras, by Power of Attorney for Erwin A. Rubenstein | 12/05/2017 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**