# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

OKLAHOMA POLICE PENSION AND
RETIREMENT SYSTEM, Individually
and on Behalf of All Others Similarly
Situated,

              Plaintiff,

v.

STERLING BANCORP, INC.; GARY
JUDD; THOMAS LOPP; MICHAEL
MONTEMAYOR; SCOTT SELIGMAN;
BARRY ALLEN; JON FOX; SETH
MELTZER; SANDRA SELIGMAN;
PETER SINATRA; BENJAMIN
WINEMAN; LYLE WOLBERG; PIPER
SANDLER COMPANIES; AND
AMERICAN CAPITAL PARTNERS,
LLC,

              Defendants.

Case 5:20-cv-10490-JEL-EAS

Hon. Judith E. Levy
Hon. Mag. Judge Elizabeth A.
Stafford

**CLASS ACTION**

## NOTICE OF ERRATA TO LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This Errata is being filed to correct a few inadvertent citation errors in Lead Plaintiff's Opposition To Defendants' Motions To Dismiss, which was filed on December 4, 2020 (Dkt. #69):

| PageID | As Filed | Corrected |
|---|---|---|
| Dkt. #69, PageID 1200 | "… Section VII [Exchange Act Violations] in its entirety"), 433-53, 462-63, 472-73." | "… Section VII [Exchange Act Violations] in its entirety"), 452, 462, 472."<br><br>**(Replaced "433-53, 462-63, 472-73" with "452, 462, 472")** |
| Dkt. #69, PageID 1200 | "Plaintiff also asserts exclusively non-fraudulent conduct in support of the Securities Act claims – allegations sounding solely in strict liability and negligence.  *See, e.g., ¶¶*432, 453, 459, 463, 473; ..." | "Plaintiff also asserts exclusively non-fraudulent conduct in support of the Securities Act claims – allegations sounding solely in strict liability and negligence. *See, e.g., ¶¶*432, 453, 459, 463, 470, 473, 478; ..."<br><br>**(Added ¶¶470, 478)** |
| Dkt. #69, PageID 1203 | "Plaintiff further specifies why each statement was untrue and misleading when made, ¶¶446-45, …" | "Plaintiff further specifies why each statement was untrue and misleading when made, ¶¶446-51, …"<br><br>**(Replaced "446-45" with "446-51")** |

1

| PageID | As Filed | Corrected |
|---|---|---|
| Dkt. #69, PageID 1203 | "For example, the Registration Statement touted Sterling's "disciplined" and "conservative" underwriting, risk management, and internal controls – including specific practices, such as "a thorough review of [borrowers'] ability to repay, liquidity analysis and face-to-face customer interaction," …" | "For example, the Registration Statement touted Sterling's "disciplined" and "conservative" underwriting, risk management, and internal controls – including specific practices, such as "disciplined documentation of ability to repay, liquidity analysis and face-to-face customer interaction," …"<br><br>**(Replaced "a thorough review of [borrowers']" with "disciplined documentation of")** |
| Dkt. #69, PageID 1204 | "As detailed in the Complaint, the exponential growth of the ALP drove the success of Sterling's IPO.  ¶¶3, 88, 134." | "As detailed in the Complaint, the exponential growth of the ALP drove the success of Sterling's IPO.  ¶¶3, 88."<br><br>**(Removed ¶134)** |
| Dkt. #69, PageID 1204 n. 63 | "FEs 5 and 7 worked at Sterling until a few months before the IPO (¶¶121, 219), …" | "FEs 5 and 7 worked at Sterling until a few months before the IPO (¶¶121, 129), …"<br><br>**(Replaced ¶219 with ¶129)** |
| Dkt. #69, PageID 1205 | "…, despite being subject to ability-to-repay and BSA/AML regulations, and that although those loans were riddled with red flags of money laundering. ¶¶94-125, 129-33; 446-51." | "…, despite being subject to ability-to-repay and BSA/AML regulations, and that although those loans were riddled with red flags of money laundering.  ¶¶94-125, 129-33; 450."<br><br>**(Replaced 446-51 with 450)** |

2

| PageID | As Filed | Corrected |
|---|---|---|
| Dkt. #69, PageID 1205 | "Moreover, the FE accounts show that Sterling did not have effective risk management and internal controls in place to prevent improper lending, underwriting, banking practices (including money-laundering), or inflation of the Company's financial results. ¶¶448-51." | "Moreover, the FE accounts show that Sterling did not have effective risk management and internal controls in place to prevent improper lending, underwriting, banking practices (including money-laundering), or inflation of the Company's financial results. ¶450."<br><br>**(Replaced ¶¶448-51 with ¶450)** |
| Dkt. #69, PageID 1205 | "The FE accounts are further corroborated<br>by the findings in the 2018 OCC Report which was issued just a few months after<br>the IPO and, thus, the OCC's investigation started prior to the Report's issuance and<br>found violations and problems prior to the issuance date. ¶¶13, 248; …" | "The FE accounts are further corroborated<br>by the findings in the 2018 OCC Report which was issued just a few months after<br>the IPO and, thus, the OCC's investigation started prior to the Report's issuance and<br>found violations and problems prior to the issuance date. ¶13; …"<br><br>**(Removed ¶248)** |
| Dkt. #69, PageID 1207 | "…"[b]y means of the Registration Statement… [Sterling and the Underwriter Defendants], through the Offering, … solicited and sold Sterling common stock to members of the Class" (¶¶463-64); …" | "…"[b]y means of the Registration Statement… [Sterling and the Underwriter Defendants], through the Offering, … solicited and sold Sterling common stock to members of the Class" (¶¶464-65); …"<br><br>**(Replaced ¶¶463-64 with ¶¶464-65)** |

3

A corrected version of the opposition brief entitled Lead Plaintiff's Corrected Opposition To Defendants' Motions To Dismiss is being filed concurrently herewith that corrects these citation mistakes.  No other changes were made to the document.

DATED:  December 8, 2020                    Respectfully submitted,

                                            **BERMAN TABACCO**

                                            By:   */s/ Kristin J. Moody*
                                                     Kristin J. Moody

                                            Carl N. Hammarskjold
                                            44 Montgomery Street, Suite 650
                                            San Francisco, CA  94104
                                            Telephone: (415) 433-3200
                                            Facsimile: (415) 433-6382
                                            Email: kmoody@bermantabacco.com
                                                     chammarskjold@bermantabacco.com

                                                -and-

                                            Patrick T. Egan
                                            **BERMAN TABACCO**
                                            One Liberty Square
                                            Boston, MA 02109
                                            Telephone: (617) 542-8300
                                            Facsimile: (617) 542-1194
                                            Email: pegan@bermantabacco.com

                                            *Counsel for Lead Plaintiff Oklahoma Police*
                                            *Pension and Retirement System and Interim*
                                            *Lead Counsel for the Putative Class*

Paul F. Novak
Fisher Building
**WEITZ & LUXENBERG**
3011 West Grand Blvd., 24th Floor
Detroit, MI 48202
Telephone: (313) 800-4170
Facsimile: (646) 293-7992
Email: pnovak@weitzlux.com

*Local Counsel for Lead Plaintiff Oklahoma*
*Police Pension and Retirement System and*
*Interim Local Counsel for the Putative Class*

## <u>CERTIFICATE OF SERVICE</u>

I, Kristin J. Moody, of Berman Tabacco, hereby certify that on December 5, 2020, I electronically transmitted the foregoing document via the Court's CM/ECF System, which will notify all counsel of record authorized to receive such filings.

*/s/ Kristin J. Moody*
Kristin J. Moody

Carl N. Hammarskjold
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: kmoody@bermantabacco.com
chammarskjold@bermantabacco.com