# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>STERLING BANCORP, INC., et al.,<br><br>Defendants. | Case 5:20-cv-10490-JEL-EAS<br><br>Hon. Judith E. Levy<br><br>Hon. Elizabeth A. Stafford<br><br>CLASS ACTION |

## STIPULATION AND ORDER REGARDING DEFENDANTS' REQUEST FOR AN EXTENSION OF THE DEADLINES FOR THEIR MOTION TO DISMISS REPLY BRIEFS AND RESPONSES TO PLAINTIFF'S MOTION TO TAKE JUDICIAL NOTICE

Pursuant to Defendants' request for an extension of time to file Defendants' responses to Plaintiff's Motion To Take Judicial Notice and Defendants' reply briefs in support of the Motions To Dismiss, and Lead Plaintiff Oklahoma Police Pension and Retirement System's ("Plaintiff") consent thereto, Defendants and Plaintiff, by and through their respective counsel (the "Parties"), have stipulated as follows, and Defendants hereby respectfully request that the Court enter the following proposed order concerning the extension of deadlines relating to Defendants' responses to Plaintiff's Motion To Take Judicial Notice and Defendants' reply briefs in support of Defendants' Motions To Dismiss Plaintiff's Amended Class Action Complaint.

WHEREAS, on December 4, 2020, Plaintiff filed a Motion To Take Judicial Notice (ECF No. 70), and pursuant to this Court's December 16, 2020 Stipulation and Order (ECF No. 74), the response to such motion is due on January 8, 2021;

WHEREAS, pursuant to this Court's December 16, 2020 Stipulation and Order (ECF No. 74), Defendants' reply briefs in support of Defendants' Motions To Dismiss (ECF 55–63), are to be filed on or before January 22, 2021;

WHEREAS, the fourteen Defendants in the above-captioned action are represented by nine different counsel groups, and responding to Plaintiff's Motion To Take Judicial Notice and preparing Defendants' reply briefs in support of the Motions To Dismiss requires coordination between the multiple defendant groups and their respective counsel;

WHEREAS, in light of the current holiday season and Defendants' need to confer as to the responses to the Motion To Take Judicial Notice and the reply briefs in support of Defendants' Motions To Dismiss, Defendants request, and Plaintiff consents to, an extension of time for Defendants to file their responses to Plaintiff's Motion To Take Judicial Notice from January 8, 2021 to February 5, 2021, and an extension of time for Defendants to file their reply briefs in support of the Motions To Dismiss from January 22, 2021 to February 18, 2021;

WHEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

PURSUANT TO STIPULATION, the Court sets the following deadlines:

1. All Defendants shall file their respective responses to Plaintiff's Motion To Take Judicial Notice on or before February 5, 2021;

2. All Defendants shall file their respective reply briefs in support of Defendants' Motions To Dismiss on or before February 18, 2021.

**IT IS SO ORDERED.**

January 5, 2021                                    s/Elizabeth A. Stafford
                                                   HON. ELIZABETH A. STAFFORD
                                                   UNITED STATES MAGISTRATE JUDGE

Dated: December 30, 2020

**STIPULATED AND AGREED:**

| | |
|---|---|
| **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.** | **ALSTON & BIRD LLP** |
| By: *s/ Matthew P. Allen*<br>Matthew P. Allen (P57914)<br>Thomas W. Cranmer (P25252)<br>840 West Long Lake Road, Suite 150<br>Troy, MI 48098<br>(248) 879-2000<br>allen@millercanfield.com<br>cranmer@millercanfield.com | By: *s/ Brett D. Jaffe (consent)*<br>Brett D. Jaffe<br>Joseph Tully<br>90 Park Avenue<br>New York, NY 10016<br>(212) 210-9547<br>brettjaffe@alston.com<br>joe.tully@alston.com<br><br>*Counsel for Defendant Gary Judd* |
| -and- | |
| **LEVINE LEE LLP** | **MAYER BROWN LLP** |
| Kenneth E. Lee<br>Seth L. Levine<br>Chad P. Albert<br>650 Fifth Avenue, 13th Floor<br>New York, NY 10019<br>(212) 223-4400<br>klee@levinelee.com<br>slevine@levinelee.com<br>calbert@levinelee.com<br><br>*Counsel for Defendant Sterling Bancorp. Inc.* | By: *s/ Alex C. Lakatos (consent)*<br>Alex C. Lakatos<br>1999 K Street NW<br>Washington, D.C. 20006<br>(202) 263-3312<br>alakatos@mayerbrown.com<br><br>*Counsel for Defendant Michael Montemayor* |

4

<table>
<tr><td>

**DICKINSON WRIGHT**

By: *s/ Thomas G. McNeill (consent)*
Thomas G. McNeill
500 Woodward Avenue
Suite 400
Detroit, MI 48226-3425
(313) 223-3500
tmcneill@dickinsonwright.com

*Counsel for Defendants Barry Allen, Jon Fox, Benjamin Wineman and Lyle Wolberg*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: *s/ Breon S. Peace (consent)*
Victor L. Hou
Breon S. Peace
One Liberty Plaza
New York, NY 10006
(212) 225-2000
vhou@cgsh.com
bpeace@cgsh.com

*Counsel for Defendants Seth Meltzer and Sandra Seligman*

</td><td>

**HERTZ SCHRAM PC**

By: *s/ Matthew J. Turchyn (consent)*
Matthew J. Turchyn
1760 S. Telegraph Road
Suite 300
Bloomfield Hills, MI 48302
(248) 335-5000
mturchyn@hertzschram.com

-and-

**WACHTELL, LIPTON, ROSEN & KATZ**

Stephen R. DiPrima
51 West 52nd Street
New York, New York 10019
(212) 403-1382
srdiprima@wlrk.com

*Counsel for Defendants Piper Sandler Companies and American Capital Partners, LLC*

</td></tr>
</table>

| | |
|---|---|
| **WARNER, NORCROSS + JUDD LLP** | **CLARK HILL PLC** |
| By: *s/ Madelaine C. Lane (consent)*<br>Madelaine C. Lane<br>1500 Warner Building<br>150 Ottawa Avenue, NW<br>Grand Rapids, MI 49503<br>(616) 222-2468<br>mlane@wnj.com | By: *s/ Daniel T. Graham (consent)*<br>Daniel T. Graham<br>1030 E. Randolph St.<br>Suite 3900<br>Chicago, IL 60601<br>(312) 985-5954<br>dgraham@clarkhill.com |
| Michael G. Brady<br>2000 Town Center, Suite 2700<br>Southfield, MI 48075-1318<br>(248) 784-5000<br>mbrady@wnj.com | Russell Duncan *(Admission to be submitted)*<br>1001 Pennsylvania Avenue NW<br>Suite 1300 South<br>Washington, D.C. 20004<br>(202) 640-6657<br>Rduncan@clarkhill.com |
| Thomas M. Amon<br>1500 Warner Building<br>150 Ottawa Avenue, NW<br>Grand Rapids, MI 49503<br>(616) 752-2727<br>tamon@wnj.com | *Counsel for Defendant Scott Seligman* |
| | **SWANSON & MCNAMARA LLP** |
| *Counsel for Defendant Thomas Lopp* | By: *s/ August Gugelmann (consent)*<br>Mary McNamara *(Admission to be submitted)*<br>August Gugelmann<br>300 Montgomery Street<br>Suite 1100<br>San Francisco, CA 94104<br>(415) 477-3800<br>mary@smllp.law<br>august@smllp.law |
| | *Counsel for Defendant Peter Sinatra* |

6

| | |
|---|---|
| **BERMAN TABACCO**<br><br>By: *s/ Kristin J. Moody (consent)*<br>Kristin J. Moody<br>Carl N. Hammarskjold<br>44 Montgomery Street, Suite 650<br>San Francisco, CA 94104<br>(415) 433-3200<br>kmoody@bermantabacco.com<br>chammarskijold@bermantabacco.com<br><br>-and-<br><br>**BERMAN TABACCO**<br><br>Patrick T. Egan<br>One Liberty Square<br>Boston, MA 02109<br>(617) 542-8300<br>pegan@bermantabacco.com<br><br>*Counsel for Lead Plaintiff Oklahoma Police Pension and Retirement System and Interim Lead Counsel for the Putative Class* | **WEITZ & LUXENBERG, P.C.**<br><br>Paul F. Novak<br>Fisher Building<br>3011 W. Grand Boulevard<br>24th Floor<br>Detroit, MI 48202<br>(313) 800-4170<br>pnovak@weitzlux.com<br><br>*Local Counsel for Lead Plaintiff Oklahoma Police Pension and Retirement System and Interim Local Counsel for the Putative Class* |