UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STERLING BANCORP, INC.; GARY JUDD; THOMAS LOPP; MICHAEL MONTEMAYOR; SCOTT SELIGMAN; BARRY ALLEN; JON FOX; SETH MELTZER; SANDRA SELIGMAN; PETER SINATRA; BENJAMIN WINEMAN; LYLE WOLBERG; PIPER SANDLER COMPANIES; AND AMERICAN CAPITAL PARTNERS, LLC,<br><br>Defendants. | Case 5:20-cv-10490-JEL-EAS<br><br>Hon. Judith E. Levy<br>Hon. Mag. Judge Elizabeth A. Stafford<br><br>**CLASS ACTION** |

**INDEX OF EXHIBITS**

# INDEX OF EXHIBITS TO THE
# DECLARATION OF KRISTIN J. MOODY IN SUPPORT OF (1) CLASS REPRESENTATIVE OPPRS' MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND (2) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

| Exhibit | Description |
| --- | --- |
| Exhibit 1 | Declaration of Paul F. Novak in Support of Lead Counsel's Motion For An Award of Attorneys' Fees and Reimbursement of Litigation Expenses Filed on Behalf of Weitz & Luxenberg |
| Exhibit 2 | Declaration of Ginger Sigler on Behalf of Oklahoma Police Pension and Retirement System in Support of Settlement and Award of Attorneys' Fees and Expenses |
| Exhibit 3 | Berman Tabacco Firm Resume |
| Exhibit 4 | Declaration of Adam D. Walter Regarding: (A) Mailing of The Notice and Claim Form; (B) Publication of The Summary Notice; and (C) Report on Requests For Exclusion and Objections |