# Exhibit 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STERLING BANCORP, INC.; GARY JUDD; THOMAS LOPP; MICHAEL MONTEMAYOR; SCOTT SELIGMAN; BARRY ALLEN; JON FOX; SETH MELTZER; SANDRA SELIGMAN; PETER SINATRA; BENJAMIN WINEMAN; LYLE WOLBERG; PIPER SANDLER COMPANIES; AND AMERICAN CAPITAL PARTNERS, LLC,<br><br>Defendants. | Case 5:20-cv-10490-JEL-EAS<br><br>Hon. Judith E. Levy<br>Hon. Mag. Judge Elizabeth A. Stafford<br><br>**CLASS ACTION** |

## SUPPLEMENTAL DECLARATION OF ADAM D. WALTER REGARDING: (A) MAILING OF THE NOTICE AND CLAIM FORM; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

I, Adam D. Walter, declare as follows:

1.    I am a Senior Project Manager of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin.  Pursuant to the Order Preliminarily Approving Settlement

and Providing for Notice (the "Preliminary Approval Order") (ECF No. 80), A.B. Data was authorized to act as the Claims Administrator in connection with the Settlement in the above-captioned action. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I submit this declaration to supplement my Declaration Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections (the "Initial Mailing Declaration") that was previously filed with the Court. ECF No. 94-5.

## UPDATE ON MAILING OF THE NOTICE AND PROOF OF CLAIM

3.      Since the execution of the Initial Mailing Declaration on August 11, 2021, A.B. Data has continued to disseminate copies of the Notice and the Proof of Claim and Release form (together, the "Notice Packet") in response to requests received from potential Settlement Class Members, brokers, and other nominees.

4.      As more fully stated in my Initial Mailing Declaration, as of August 11, 2021, A.B. Data had mailed a total of 9,580 Notice Packets to potential Settlement Class Members and nominees.

5.      Since my Initial Mailing Declaration was executed, and as of the date of this declaration, A.B. Data has caused an additional 59 Notice Packets to be

mailed in response to correspondence received from potential Settlement Class Members and/or nominees.

6. Therefore, as of the date of this declaration, A.B. Data has mailed a total of 9,639 Notice Packets to potential Settlement Class Members.

## UPDATE ON TELEPHONE HOTLINE AND WEBSITE

7. A.B. Data established and continues to maintain a toll-free telephone number to accommodate potential Settlement Class Members inquires. This toll-free number, 877-933-4956, became operational on May 12, 2021. As of the date of this declaration, A.B. Data has received 54 telephone calls. A.B. Data has promptly responded to, and will continue to promptly respond to, all inquiries to the toll-free number.

8. A.B. Data has also continued to maintain the dedicated website for the Action, www.SterlingBancorpSecuritiesLitigation.com, in order to assist potential Settlement Class Members. In addition, A.B. Data posted to the website a copy of the Lead Plaintiffs' Motion for an Award of Attorneys' Fees, Litigation Costs and Expenses and Award to Class Representative Pursuant to 15 U.S.C. § 78u-4(A)(4), along with copies of the exhibits and supporting documents. A.B. Data will continue maintaining and, as appropriate, updating the website as necessary through the administration of the Settlement.

## REPORT ON EXCLUSIONS AND OBJECTIONS

9.      The Notice informed potential Settlement Class Members that written requests for exclusion are to be mailed to Sterling Bancorp Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217 such that they are postmarked by August 26, 2021.  A.B. Data has been monitoring all mail delivered to the post office box.  As of the date of this Declaration, A.B. Data has received no requests for exclusion.

10.      According to the Notice, Settlement Class Members seeking to object to the proposed Settlement are required to submit their objection, to the Clerk of the Court and the representatives of both Lead Counsel and Defendants' Counsel, in writing such that the request is received or postmarked on or before August 26, 2021.  As of the date of this Declaration, A.B. Data has not received any objections.

## REPORT ON CLAIMS RECEIVED TO DATE

11.      As of the date of this Declaration, A.B. Data has received 1,933 claims.  All of these claims were submitted by or postmarked by the claim filing deadline of August 10, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of September, 2021.

_____
Adam D. Walter